948　　CASES REPORTED WITH BRIEF SYLLABI.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by GAETANO QUATRAFFO, v. BOOTH & FLINN, LTD., Employer and Self-Insurer, Appellant.—Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of FRANK GOLDBERG, Respondent, for Compensation under the Workmen's Compensation Law, v. HARDWOOD FURNITURE COMPANY, Employer, and EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LTD., Insurance Carrier, Appellants.— Award reversed and matter remitted to the Commission on the opinion of Woodward, J., in *Clayton* v. *Foundation Co.* [193 App. Div. 822], decided herewith. All concur, except John M. Kellogg, P. J., and Kiley, J., dissenting.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of FRANK LAWRENCE, Respondent, for Compensation under the Workmen's Compensation Law, v. RITTER DENTAL MANUFACTURING COMPANY, Employer, and AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Insurance Carrier, Appellants.—Award reversed and matter remitted to the Commission on the opinion of Woodward, J., in *Clayton* v. *Foundation Co.* [193 App. Div. 822], decided herewith. All concur, except John M. Kellogg, P. J., and Kiley, J., dissenting.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of WILLIAM MUNCK, Respondent, for Compensation under the Workmen's Compensation Law, v. JABEZ BURNS & SONS, Employer, and AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Insurance Carrier, Appellants.—Award reversed and matter remitted to the Commission on the authority of *Matter of Alpert* v. *Powers* (223 N. Y. 97). All concur.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of WILLIE A. EUROPE, as Widow of JAMES REESE EUROPE, Respondent, for Death Benefits under the Workmen's Compensation Law, v. ADDISON AMUSEMENTS, INC., Employer, and UNITED STATES CASUALTY COMPANY, Insurance Carrier, Appellants.—Award affirmed. All concur, except Cochrane and H. T. Kellogg, JJ., dissenting.

COMMERCIAL SECURITY COMPANY, Appellant, v. CHARLES R. CAREY, Respondent.— Judgment unanimously affirmed, with costs.

In the Matter of the Judicial Settlement of the Accounts of EDWIN L. HULETT and MYRA E. DOLLAR, as Administrators, etc., of ERT H. DOLLAR, Late of Lisbon, N. Y., Deceased, Respondents. LAWRENCE RUSSELL, Appellant.— Decree affirmed, with costs. All concur, except Kiley, J., dissenting on the ground that the compensation allowed to the appellant for his services was inadequate.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of JAMES BILLOTTI, Respondent, for Compensation under the Workmen's Compensation Law, v. LEO TAUB, Employer, Appellant.— Award affirmed. All concur, except Kiley, J., dissenting.